**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| RITA FISHER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil No. 3:16-CV-2679-D |
| § | |
| NANCY BERRYHILL, § | |
| Acting Commissioner of Social § | |
| Security, § | |
| § | |
| Defendant. § | |

# **ORDER**

After making an independent review of the pleadings, files, and records in this case, the findings, conclusions, and recommendation of the magistrate judge, and plaintiff's objections, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, the final decision of the Commissioner is affirmed.

**SO ORDERED**.

September 18, 2017.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE